UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

LIBAN SHARIF OMAR,

        DEFENDANT.

Docket No. 3:10-CR-00260(23)

Chief Judge Haynes

*[handwritten: Upon the motion to be Granted will [illegible] 1-19-12]*

**MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL**

Comes now the Gary R. Wolf, retained attorney for Defendant Liban Sharif Omar, to request leave of Court to file a pleading under seal. Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to file electronically a motion for leave of Court to do so *via* the ECF system.

Undersigned counsel respectfully asks that the Court permit the filing of a pleading under seal.

        Respectfully submitted,

        *Gary R. Wolf*

Dated: January 18, 2012.

        Gary R. Wolf
        Attorney ID No. 129136
        Suite 205
        250 Second Avenue South
        (612) 333-6000

1