| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>LIBAN SHARIF OMAR,<br><br>　　　　　　DEFENDANT. | Docket No. 3:10-CR-00260(23)<br><br>Chief Judge Haynes |

*[Handwritten notations: "ORDER Turnover GRANTED" with signature, "USDJ 1-19-12"]*

## MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL

Comes now the Gary R. Wolf, retained attorney for Defendant Liban Sharif Omar, to request leave of Court to file a pleading under seal. Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to file electronically a motion for leave of Court to do so *via* the ECF system.

Undersigned counsel respectfully asks that the Court permit the filing of a pleading under seal.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*Gary R. Wolf*

Dated: January 18, 2012.

　　　　　　　　　　　　　　　　Gary R. Wolf
　　　　　　　　　　　　　　　　Attorney ID No. 129136
　　　　　　　　　　　　　　　　Suite 205
　　　　　　　　　　　　　　　　250 Second Avenue South
　　　　　　　　　　　　　　　　(612) 333-6000