UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket: 3:10-CR-00260(23) |
| Plaintiff, | |
| v. | Judge Haynes |
| LIBAN SHARIF OMAR, | |
| Defendant. | |

*[Handwritten note from Judge: "OWDSK. This motion is DENIED for lack of any proof, analysis or memorandum of law to challenge the search document." Signed and dated 3-7-12]*

### DEFENDANT LIBAN OMAR'S MOTION TO SUPPRESS EVIDENCE OBTAINED AS A RESULT OF THE MARCH 29, 2010 SEARCH OF HIS PILLSBURY AVENUE RESIDENCE IN MINNEAPOLIS, MINNESOTA

Defendant, by and through his attorney, Gary R. Wolf, respectfully moves this Court for an Order, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure suppressing any and all evidence obtained or seized as a result of the March 29, 2010, search of his residence located on Pillsbury Avenue in the City of Minneapolis, County of Hennepin, State of Minnesota.

Mr. Omar takes the position that his motion to suppress is supported by the Fourth Amendment to the United States Constitution as the search warrant was not supported by probable cause.

1
Case 3:10-cr-00260   Document 1536   Filed 02/21/12   Page 1 of 2 PageID #: 8061
Case 3:10-cr-00260   Document 1828   Filed 03/07/12   Page 1 of 1 PageID #: 9519