UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket: 3:10-CR-00260 (23) |
| Plaintiff, | |
| v. | Chief Judge Haynes |
| LIBAN SHARIF OMAR, | |
| Defendant. | |

*[Handwritten notation, signed and dated 9-19-13: "Dup'te / The motion / to join is / Granted / will [illegible] / USMJ"]*

### DEFENDANT LIBAN SHARIF OMAR'S MOTION TO ADOPT AND JOIN IN THE MOTIONS IN LIMINE FILED BY DEFENDANT BASHIR YASIN MOHAMUD

Defendant Liban Sharif Omar, by and through undersigned counsel, moves the Court for permission to adopt and assert certain motions in limine filed by co-defendant Bashir Yasin Mohamud (19). The motions in limine are as follows: (1) Motion in Limine No. 1; Docket Entry No. 3257; (2) Motion in Limine No. 2; Docket Entry No. 3258; (3) Motion in Limine No. 3; Docket Entry No. 3259; (4) Motion in Limine No. 7; Docket Entry No. 3263; (5) Motion in Limine No. 8; Docket Entry No. 3264; (6) Motion in Limine No. 9; Docket Entry No. 3265; (7) Motion in Limine No. 10; Docket Entry No. 3266; (8) Motion in Limine No. 11; Docket Entry No. 3267; (9) Motion in Limine No. 12; Docket Entry No. 3268; (10)

1