UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket: 3:10-CR-00260 (23) |
| Plaintiff, | |
| v. | Chief Judge Haynes |
| LIBAN SHARIF OMAR, | |
| Defendant. | |

*[Handwritten notation by Judge: "Granted / the motion / by Omar is / granted. / w/o / 9-19-13"]*

### DEFENDANT LIBAN SHARIF OMAR'S MOTION TO ADOPT AND JOIN IN THE MOTION TO PRESENT RULE 412 EVIDENCE OF THE PRIOR SEXUAL BEHAVIOR OF "JANE DOE 2" FILED BY ABDULLAHI SADE AFYARE, DE 3277

Defendant Liban Sharif Omar, by and through undersigned counsel, moves the Court for permission to adopt and assert the motion filed by Abdullahi Sade Afyare regarding Rule 412 and "Jane Doe 2," DE 3277.

Respectfully submitted,

Dated: Aug. 22, 2013.

*Gary R. Wolf*
Gary R. Wolf
Attorney ID No. 129136 (Minnesota)
Attorney for Defendant Liban Sharif Omar
Suite 205
250 Second Avenue South
Minneapolis, MN 55402
(612) 333-6000

1