UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket: 3:10-CR-00260 (23) |
| Plaintiff, | |
| v. | Chief Judge Haynes |
| LIBAN SHARIF OMAR, | |
| Defendant. | |

*[Handwritten annotation: ORDER The motion to join is GRANTED. WJH/sm 9-19-13]*

### DEFENDANT LIBAN SHARIF OMAR'S MOTION TO ADOPT AND JOIN IN THE MOTION FOR CHANGE OF VENUE FILED BY DEFENDANT MUSTAFA ABDULLAHI AFYARE

Defendant Liban Sharif Omar, by and through undersigned counsel, moves the Court for permission to adopt and assert the motion and memorandum of law filed by Defendant Abdullahi Sade Afyare (2) requesting a change of venue in this action (Docket Entry No. 3271).

Respectfully submitted,

Dated: Aug. 22, 2013.

*Gary R. Wolf*
_____
Gary R. Wolf
Attorney ID No. 129136 (Minnesota)
Attorney for Defendant Liban Sharif Omar
Suite 205
250 Second Avenue South

1