UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket: 3:10-CR-00260(23) |
| Plaintiff, | |
| v. | Chieff Judge Haynes |
| LIBAN SHARIF OMAR, | |
| Defendant. | |

*Handwritten note:* ORDER. In light of the appeal, this motion and this Defendants motions (Dkt Nos 1082, 1084, 1085, 1086, 1088, 1091, 1092 and 1093) are DENIED without prejudice to renew. /s/ [signature] 1-9-14

**DEFENDANT LIBAN OMAR'S MOTION
TO COMPEL ATTORNEY FOR THE GOVERNMENT
TO DISCLOSE EVIDENCE FAVORABLE TO THE DEFENDANT**

The defendant, Liban Sharif Omar, through his undersigned attorney, moves the Court for an Order compelling disclosure of evidence favorable to the defendant, pursuant to the authority of Brady v. Maryland, 373 U.S. 83 (1963); Miller v. Pate, 386 U.S. 1 (1967); Giles v. Maryland, 386 U.S. 66 (1967); and Moore v. Illinois, 408 U.S. 786 (1972).

Such evidence should include information in the possession of the prosecution or any of its agents, or other evidence the existence of which is known, or by the exercise of due diligence may become known to the prosecution, which: (1) may be favorable to the defendant, (2) could reasonably weaken or affect any

1